1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMY FRASER and PAULA HAUG, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-00520-TLN-DAD <br><br> **ORDER GRANTING DEFENDANT WAL-MART STORES INC.'S REQUEST TO SEAL** <br><br> Date:        July 3, 2014 <br> Time:        2:00 p.m. <br> Courtroom:   2 <br><br> The Honorable Troy L. Nunley <br><br> Action Filed:        January 29, 2013 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") requests an order to allow it to file under seal the following documents because they contains information which Wal-Mart has designated as Confidential-Attorneys' Eyes Only:

1. Exhibit 1 (U.S. Zip Code Verification Program) to Wal-Mart's Notice of Lodgment of Exhibits ("NOL"), filed concurrently herewith; and

2. Exhibit 2 (2011 Amendment) to the NOL.

Upon consideration of the pleadings, the papers, and the arguments of counsel, and with compelling reason shown, IT IS HEREBY ORDERED that:

Wal-Mart's Request to Seal is GRANTED. The Clerk of the Court is directed to file under seal the complete, unredacted versions of the above-referenced documents. This document shall remain under seal indefinitely, pending further order of this Court. The parties are to be permitted access to this document.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
Troy L. Nunley
United States District Judge