1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASER ET AL, | No. 2:13-cv-00520-TLN-DAD |
| Plaintiffs, | |
| v. | **ORDER** |
| WAL-MART STORES, INC. | |
| Defendant. | |

This matter is before the Court pursuant to Defendant Wal-Mart Stores, Inc.'s ("Defendant") Ex Parte Motion for Limited Extension of the January 30, 2015, Discovery Cut-off Deadline. (ECF No. 25) Defendant requests that this Court extend the cut off in order to allow Magistrate Judge Dale Drozd the opportunity to hear and rule on Defendant's concurrently filed motion to compel Plaintiffs' depositions (ECF No. 23), and to allow Defendant the opportunity to take the depositions of Plaintiffs Amy Fraser and Paula Haug should the Court grant Defendant's motion to compel. Plaintiffs have filed an opposition to Defendant's request. (ECF No. 26.)

The Court has considered the briefing filed by both parties and finds that good cause exists to allow Magistrate Judge Drozd the opportunity to decide Defendant's motion to compel. As such, the Court hereby extends the Discovery Cut-off Deadline to allow Judge Drozd to decide this matter. In the event that Judge Drozed denies Defendant's motion, the Discovery Cut-off Deadline will run at the time his decision is rendered. Should Judge Drozd decide to grant

1

1  Defendant's motion, it is his province to set the applicable discovery cut-off deadlines concerning
2  the aforementioned depositions.  This extension solely applies to Defendant's motion to compel
3  and the depositions of Plaintiffs Amy Fraser and Paula Haug.  No other discovery shall be
4  conducted after the original Discovery Cut-off Deadline of January 30, 2015.
5       IT IS SO ORDERED.

7  Dated:  January 27, 2015

10                                   Troy L. Nunley
                                     United States District Judge