UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASER ET AL., | No. 2:13-cv-0520 TLN DAD |
| Plaintiff, | |
| v. | ORDER |
| WAL-MART STORES, INC., | |
| Defendant. | |

Pending before the court is defendant's January 26, 2015 ex parte application for an order shortening time to hear defendant's motion to compel prior to the close of discovery in this action. (Dkt. No. 24.) Plaintiff has filed an opposition to defendant's motion. (Dkt. No. 28.)

However, on January 28, 2015, the assigned District Judge issued an order extending the close of discovery to allow the undersigned to hear and rule upon defendant's motion to compel. (Dkt. No. 31.) Accordingly, defendant's ex parte application for an order shortening time (Dkt. No. 24) is denied as having been rendered moot. Defendant's motion to compel will be heard before the undersigned on February 20, 2015.

IT IS SO ORDERED.

Dated: January 28, 2015

DAD:6

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\fraser0520.ost.den.ord.docx