UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRASER ET AL., | No. 2:13-cv-0520 TLN DAD |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| WAL-MART STORES, INC., | |
| Defendant. | |

On February 20, 2015, this matter came before the undersigned for hearing of defendant's motion to compel. Attorney Paul Lindsay appeared on behalf of the plaintiffs and attorneys Lisa Kim and Scott Jacobs appeared on behalf of the defendant.

Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (Dkt. No. 23) is granted;

2. Both named plaintiff's deposition shall be limited to no more than four hours of questioning by counsel for defendant;

3. Plaintiff Fraser's deposition shall take place in Irvine, California, or at any other place if mutually agreed to by the parties; and

/////

/////

1

4. Plaintiffs' depositions shall be completed within sixty days of the date of this order, absent further order from the court.

Dated: February 20, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\fraser0520.oah.022015.docx