1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| AMY FRASER and PAULA HAUG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:13-CV-00520-TLN-DAD<br><br>**ORDER GRANTING DEFENDANT WAL-MART STORES INC.'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION FOR AN ORDER EXTENDING BY NINETY (90) DAYS THE DATE BY WHICH DISPOSITIVE MOTIONS MUST BE HEARD**<br><br>The Honorable Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>Action Filed:　　January 29, 2013 |

On April 14, 2014, Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart") applied *ex parte* for an order shortening time to hear Wal-Mart's Motion For An Order Extending By Ninety (90) Days The Date By Which Dispositive Motions Must Be Heard ("Motion to Extend") [Dkt. 39].  Having read and considered the pleadings, and for good cause shown, the Court rules as follows;

1) Wal-Mart's Application is **GRANTED**.  The Court will hear Wal-Mart's Motion to Extend on April 23, 2015, at 2:00 p.m., in Courtroom 2 of the above-entitled court.

2) If Plaintiffs intend to oppose the Motion to Extend, Plaintiffs must file their Opposition brief by April 20, 2015.

3) Wal-Mart may file a reply brief in support of its Motion to Extend by April 22, 2015.

**IT IS SO ORDERED.**

Dated:  April 15, 2015

Troy L. Nunley
United States District Judge

-1-
ORDER GRANTING DEFENDANT WAL-MART STORES INC.'S MOTION FOR AN ORDER SHORTENING TIME TO HEAR ITS MOTION TO EXTEND