UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY FRASER and PAULA HAUG, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　Defendant. | No.  2:13-cv-0520 TLN DAD<br><br><u>ORDER</u> |

　　　　On July 24, 2015, this matter came before the undersigned for hearing of defendant's motion to enforce the parties' stipulated protective order.  Attorney James Lindsay appeared on behalf of the plaintiffs and attorney Scott Jacobs appeared on behalf of the defendant.

　　　　Upon consideration of the arguments on file and at the hearing, and for the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion to enforce (Dkt. No. 61) is granted; and

/////

/////

/////

/////

/////

1

    2.  Plaintiffs' counsel shall not share any document produced with the designation "ATTORNEYS' EYES ONLY" with his clients without first obtaining agreement from defense counsel or an order from the court.

Dated:  July 24, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\fraser0520.oah.072415.docx