1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  AMY FRASER and PAULA HAUG, on              No.  2:13-CV-00520-TLN-DAD
    behalf of themselves and all others
12  similarly situated,

13                 Plaintiff,                   **ORDER GRANTING DEFENDANT WAL-
                                                MART STORES INC.'S  MOTION TO
14         v.                                   EXCLUDE TESTIMONY BY
                                                PLAINTIFFS' DESIGNATED EXPERT
15  WAL-MART STORES, INC., a Delaware          WITNESS, MIKE STRAWHECKER**
    corporation; and DOES 1 through 50
16  inclusive,

17                 Defendant.

18

19         On April 13, 2015, Defendant Wal-Mart Stores, Inc.'s ("Wal-Mart") filed a Motion to

20  Exclude Testimony by Plaintiffs' Designated Expert Witness, Mike Strawhecker, for failure to

21  comply with Federal Rule of Civil Procedure 26.  (ECF No. 38.)  On May 7, 2015, Plaintiffs filed

22  a statement of non-opposition to Defendant's motion, stating that Mr. Strawhecker did not fully

23  complete his report and unilaterally withdrew Strawhecker as an expert in this matter.  (ECF No.

24  49.)

25  / / /

26  / / /

27  / / /

28  / / /

                                               1

1       The Court has read and considered the briefing filed by both parties and hereby GRANTS

2   Defendant's Motion to Exclude Testimony.  Plaintiffs are excluded from offering any testimony

3   by Plaintiffs' proposed expert, Mike Strawhecker, in connection with any motion, hearing, or at

4   trial.

5       IT IS SO ORDERED.

6   Dated:  October 20, 2015

7

8                               Troy L. Nunley

9                               United States District Judge