# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AMY FRASER and PAULA HAUG, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-00520-TLN-DB<br><br>**ORDER:**<br>**(1) DECERTIFYING THE CLASS; AND**<br>**(2) DISMISSING THE ACTION**<br><br>**FED. R. CIV. PROC. 23(c)(1)(C)**<br>**FED. R. CIV. PROC. 41(a)(1)(ii)**<br><br>District Court Judge Troy L. Nunley<br>Courtroom 27<br><br>Action Filed:    January 29, 2013 |

# ORDER

Having read and considered the Stipulation filed by Plaintiffs Amy Fraser ("Ms. Fraser") and Paula Haug ("Ms. Haug") (collectively "Plaintiffs") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), for an order (1) decertifying the class (ECF No. 22); and (2) dismissing Plaintiffs' individual claims with prejudice, and the class claims without prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Class that was certified by this Court on December 24, 2014 (ECF No. 22) is decertified;

2. Plaintiffs' individual claims are dismissed in their entirety, with prejudice;

3. The claims of the putative class members are dismissed in their entirety without prejudice;

4. Except as otherwise expressly agreed in writing, the parties shall each bear their own attorneys' fees and costs; and

5. Pursuant to the parties' request contained in the Stipulation, the Court will retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

DATED: December 20, 2016

_____
Troy L. Nunley
United States District Judge